FILED

MAY 31 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 252-363-8360 THAT IS STORED AT PREMISES CONROLLED BY T-MOBILE US, INC. | Case No. 5:16-MJ-1475-JG<br><br>**Filed Under Seal** |

## ORDER

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the above captioned matter, and this motion to seal and this Order be sealed by the Clerk until further order by this Court, except that two certified copies of the search warrant, application, affidavit, and this motion to seal and proposed order be provided to the Office of the United States Attorney and special agents of the Federal Bureau of Investigation.

This 27 day of May, 2016.

JAMES E. GATES
United States Magistrate Judge