
FILED
DEC 05 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1475-JG

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 252-363-8360 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC. | ORDER TO UNSEAL |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
DATE

JAMES E. GATES
United States Magistrate Judge